UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LYNNE CURRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | Case No. 3:23-cv-00594-RJC<br><br>**NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT OF <u>INTERIM CO-LEAD COUNSEL</u>** |
| DEBBIE JEFFERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | Case No. 3:23-cv-00603-FDW |
| CATHERINE DUNN and DAVE VALENTINE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HONEYWELL INTERNATIONAL IC.<br><br>Defendant. | Case No. 3:23-cv-00607-MOC |

1

# NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT OF <u>INTERIM CO-LEAD COUNSEL</u>

PLEASE TAKE NOTICE that Plaintiffs Lynne Curran, Debbie Jefferson, Catherine Dunn and Dave Valentine ("Movants"), through their undersigned attorneys, hereby respectfully move this Court for entry of an Order: (1) consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing as interim co-lead counsel Kevin Laukaitis of Laukaitis Law LLC ("Laukaitis"), Daniel Srourian of Srourian Law Firm, P.C. ("Srourian"), and Mason Barney of Siri Glimstad LLP (collectively, "Co-Lead Team") and David Wilkerson of The Van Winkle Law Firm as liaison counsel pursuant to Rule 23(g); and (3) granting such other relief as the Court may deem appropriate. In support of this motion, Movants rely on the accompanying memorandum of law, supporting declarations with attached exhibits, and all other papers and proceedings had herein.

Dated: October 2, 2023

Respectfully submitted,

<u>/s/ Kevin Laukaitis</u>
Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

**SROURIAN LAW FIRM, P.C.**
Daniel Srourian (*pro hac vice forthcoming*)
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
daniel@slfla.com

**SIRI & GLIMSTAD LLP**
Mason Barney (*pro hac vice forthcoming*)
Tyler Bean (*pro hac vice forthcoming*)
Dana Smith, Bar No. 51015
745 Fifth Avenue, Suite 500
New York, New York 10151
T: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com
dsmith@sirillp.com

*Proposed Co-Lead Counsel for Plaintiffs and the Proposed Class*

David M. Wilkerson
**THE VAN WINKLE LAW FIRM**
N.C. State Bar No. 35742
11 N Market Street
Asheville, NC 28801
T: (828) 258-2991
dwilkerson@vwlawfirm.com

*Local Counsel for Plaintiff Curran and Proposed Liaison Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

<u>/s/ *Kevin Laukaitis*</u>
Kevin Laukaitis